Appeal Dismissed and Opinion Filed November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01368-CV

## DAYLEN GALLMAN AND DKG & ASSOCIATES, PLLC, Appellants

## V.

## HAMILTON HOTEL PROPERTIES, LLC AND HAMILTON'S CATASTROPHE SERVICES DBA U.S. STAFFING AND ADJUSTING SERVICES, Appellees

On Appeal from the 191st District Court
Dallas County, Texas
Trial Court Cause No. 11-0-8112

# OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion By Justice Bridges

Daylen Gallman and DKG Associates, PLLC appeal the trial court's order imposing a temporary injunction preventing Gallman from engaging in certain business activities. Gallman acted as counsel for U.S. Staffing, preparing employment contracts and transactional documents and providing all necessary legal services for U.S. Staffing. U.S. Staffing filed an application for temporary restraining order and temporary injunction and original petition seeking an order enjoining Gallman from starting a business that would compete, directly or indirectly, with U.S. Staffing. Appellants have filed an unopposed motion to dismiss the appeal in which they state the parties have fully and finally settled all matters in controversy between them and have executed a written

settlement agreement. Appellees' counsel does not oppose the motion.

This Court hereby grants the motion to dismiss and orders the appeal dismissed and that this decision be certified below for observance. See TEX. R. APP. P. 42.1(a).

_____
DAVID L. BRIDGES
JUSTICE

111368F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAYLEN GALLMAN AND DKG
ASSOCIATES, PLLC, Appellants

No. 05-11-01368-CV     V.

HAMILTON HOTEL PROPERTIES, LLC
AND HAMILTON'S CATASTROPHE
SERVICES DBA U.S. STAFFING AND
ADJUSTING SERVICES, Appellees

Appeal from the 191st District Court of
Dallas County, Texas. (Tr.Ct.No. 11-0-
8112).
Opinion delivered by Justice Bridges,
Justices Lang and Fillmore participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellees Hamilton Hotel Properties, LLC and Hamilton's Catastrophe services DBA U.S. Staffing and Adjusting Services recover their costs of this appeal from appellants Daylen Gallman and DKG Associates, PLLC.

Judgment entered November 14, 2012.

DAVID L. BRIDGES
JUSTICE